THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Robert Tyree McKoy,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-375
Submitted February 20, 2003 - Filed 
 May 28, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia; 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox; Legal Counsel 
 Tommy Evans, Jr., Legal Counsel  J. Benjamin Aplin, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Robert McKoy waived presentment 
 on an indictment for possession of a stolen vehicle, pled guilty, and was sentenced 
 to five years imprisonment suspended upon time served with three years probation.  
 McKoy was served with a probation revocation arrest warrant for violating various 
 provisions of his probation.  At the probation hearing, McKoys probation was 
 revoked, and he was ordered to serve the original five year sentence. 
McKoys appellate counsel submitted a petition to be 
 relieved as counsel, stating he has reviewed the record and has concluded McKoys 
 appeal is without merit.  McKoy did not file any documents with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss McKoys appeal and 
 grant counsels motion to be relieved. 
 [1] 
 APPEAL DISMISSED.
HEARN, C.J., and CURETON and GOOLSBY, 
 JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.